Diana S. Ebron, Esq.
Nevada Bar No. 10580
E-Mail: diana@kgelegal.com
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
E-Mail: jackie@kgelegal.com
Karen L. Hanks, Esq.
Nevada Bar No. 9578
E-Mail: karen@kgelegal.com
Kim Gilbert Ebron
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139-5974
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorney for Defendant,*
*SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>BOULDER CREEK HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:16-cv-00572-GMN-PAL<br><br>**STIPULATION AND ORDER FOR SECURITY OF COSTS** |

///
///
///
///
///
///
///
///

**STIPULATION AND ORDER FOR SECURITY OF COSTS**

Plaintiff BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP ("BANA") and Defendant SFR INVESTMENTS POOL 1, LLC ("SFR") hereby stipulate and agree as follows:

1. Pursuant to NRS 18.130(1), SFR's Demand for Security of Costs [ECF No. 9] (the "Demand"), filed on April 5, 2016, is granted.

2. BANA shall either post a cost bond or make a cash deposit, in the amount of five hundred dollars ($500.00), with the Clerk of the Court as to SFR's Demand within fifteen (15) days of the entry of this Order.

DATED this __22nd__ day of June, 2018.

| | |
|---|---|
| **KIM GILBERT EBRON** | **AKERMAN LLP** |
| */s/ Diana S. Ebron* | */s/ Jamie K. Combs* |
| DIANA S. EBRON, ESQ. | JAMIE K. COMBS, ESQ. |
| Nevada Bar No. 10580 | Nevada Bar No. 13088 |
| E-Mail: diana@kgelegal.com | E-Mail: jamie.combs@akerman.com |
| KIM GILBERT EBRON | AKERMAN LLP |
| 7625 Dean Martin Drive, Suite 110 | 1635 Village Center Circle, Suite 200 |
| Las Vegas, Nevada 89139-5974 | Las Vegas, Nevada 89134-6375 |
| *Attorney for Defendant,* | *Attorney for Plaintiff,* |
| *SFR Investments Pool 1, LLC* | *Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP* |

**ORDER**

IT IS SO ORDERED:

DATED this __30__ day of June, 2018.

Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

**CERTIFICATE OF SERVICE**

I hereby certify that on the <u>22nd</u> day of June, 2018, pursuant to FRCP 5(b)(2)(E), I caused service of a true and correct copy of the foregoing **STIPULATION AND ORDER FOR SECURITY OF COSTS** to be made electronically via the U.S. District Court's Case Management/Electronic Case Files (CM/ECF) system upon the following parties at the e-mail addresses listed below:

Ariel E. Stern, Esq.
Jamie K. Combs, Esq.
Tenesa S. Powell, Esq.
William S. Habdas, Esq.
Melanie D. Morgan, Esq.
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134-6375
E-Mail: ariel.stern@akerman.com
       jamie.combs@akerman.com
       tenesa.scaturro@akerman.com
       william.habdas@akerman.com
       melanie.morgan@akerman.com
*Attorney for Plaintiff,*
*Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP*

Margaret E. Schmidt, Esq.
Thomas E. McGrath, Esq.
Tyson & Mendes LLP
3960 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5989
E-Mail: mschmidt@tysonmendes.com
       tmcgrath@tysonmendes.com
*Attorney for Defendant,*
*Boulder Creek Homeowners Association*

Christopher V. Yergensen, Esq.
Nevada Association Services, Inc.
6224 West Desert Inn Road
Las Vegas, Nevada 89146-6612
E-Mail: chris@nas-inc.com
*Attorney for Defendant,*
*Nevada Association Services, Inc.*

                                        */s/ Michael L. Sturm*
                                        MICHAEL L. STURM, an employee of
                                        KIM GILBERT EBRON