ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for plaintiff Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>BOULDER CREEK HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:16-cv-00572-GMN-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO REPLY SUPPORTING MOTION FOR SUMMARY JUDGMENT [ECF NOS. 54, 55]**<br><br>**[FIRST REQUEST]** |

Plaintiff Bank of America, N.A. (**BANA**) and defendants Boulder Creek Homeowners Association and SFR Investments Pool 1, LLC respectfully submit the following stipulation to allow BANA and SFR fourteen additional days to reply supporting their summary judgment motions, ECF Nos. 54, 55.

BANA and SFR both filed summary judgment motions on October 24, 2018. (ECF Nos. 54, 55.) BANA responded to SFR's motion for summary judgment on November 13, 2018. (ECF No. 56.) Boulder Creek and SFR responded to BANA's motion for partial summary judgment on November 14, 2018. (ECF Nos. 57, 58.) BANA's reply is due November 28, 2018. SFR's reply is due November 27, 2018.

1

BANA, Boulder Creek and SFR stipulate BANA and SFR shall have up to, through and including **December 12, 2018** to reply supporting their motions for partial summary judgment, ECF No. 54, and 55.

The parties make this stipulation due to the Thanksgiving holiday and to allow BANA and SFR additional time to prepare their briefing. This the parties' first request to extend the reply briefing deadlines. This stipulation is not made to cause delay or prejudice to any party.

| | |
|---|---|
| This the 27th day of November, 2018. | Dated this the _27th_ day of November, 2018. |
| **AKERMAN LLP** | **KIM GILBERT EBRON** |
| */s/ Jamie K. Combs* | */s/ Diana S. Ebron* |
| ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>JAMIE K. COMBS, ESQ.<br>Nevada Bar No. 13088<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br>*Attorneys for plaintiff Bank of America, N.A.* | DIANA S. EBRON, ESQ.<br>Nevada Bar No. 10580<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br>*Attorneys for defendant SFR Investments Pool 1, LLC* |

This the _27th_ day of November, 2018.

**TYSON & MENDES, LLP**

 */s/ Margaret E. Schmidt*
THOMAS E. MCGRATH, ESQ.
Nevada Bar No. 7086
MARGARET E. SCHMIDT, ESQ.
Nevada Bar No. 12489
3960 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
*Attorneys for defendant Boulder Creek Homeowners Association*

**IT IS SO ORDERED.**

**DATED** this __27__ day of November, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Court

47080177;1