ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for plaintiff Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>BOULDER CREEK HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:16-cv-00572-GMN-PAL<br><br>**STIPULATION AND ORDER TO AMEND ORDER [ECF NO. 63]** |

Plaintiff Bank of America, N.A. (**BANA**) and defendants Boulder Creek Homeowners Association and SFR Investments Pool 1, LLC submit the following stipulation to amend the court's March 30, 2019 order granting BANA's motion for partial summary judgment and denying defendant SFR Investments Pool 1, LLC's motion to dismiss and motion for summary judgment, ECF No. 63[1]:

The court granted BANA's motion for partial summary judgment and denied SFR's motion to dismiss and motion for summary judgment on March 30, 2019. (ECF No. 63.) The order grants BANA partial summary judgment on its quiet title/declaratory judgment claim and then dismisses

---

[1] Defendant Nevada Association Services, Inc. did not respond to BANA's request it review and approve this stipulation.

1

48562392;1

1 BANA's wrongful foreclosure claim as moot because BANA "has received the relief it requested."
2 (*Id.* at 15.)

3     The court recognized BANA's complaint also included a breach of NRS 116.1113 claim
4 against defendants Boulder Creek and NAS, but the order does not dismiss this claim, likely
5 unintentionally. (*Id.* at 2, 15.) To ensure the order is final and ripe for appeal, the parties therefore
6 stipulate to the court amending page 15, lines 5-7 of its order to read: "Therefore, because the Court
7 grants summary judgment for Plaintiff on its quiet title claim, Plaintiff has received the relief it
8 requested. The Court accordingly dismisses Plaintiff's wrongful foreclosure <u>and breach of NRS
9 116.1113 claims</u> as moot."

10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

48562392;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

The parties respectfully request the court approve this stipulation as an order of the court, and thereby amend its order, ECF No. 63, as set forth above.

This the 16th day of April, 2019.

**AKERMAN LLP**

 */s/ Jamie K. Combs, Esq.*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for plaintiff Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP*

This the 19th day of April, 2019.

**KIM GILBERT EBRON**

 */s/ Jacqueline A. Gilbert, Esq.*
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
JACQUELINE A. GILBERT
Nevada Bar No. 10593
KAREN L. HANKS
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139

*Attorneys for defendant SFR Investments Pool 1, LLC*

This the 16th of April, 2019.

**TYSON & MENDES, LLP**

 */s/ Margaret E. Schmidt, Esq.*
THOMAS E. MCGRATH, ESQ.
Nevada Bar No. 7086
MARGARET E. SCHMIDT, ESQ.
Nevada Bar No. 12489
3960 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169

*Attorneys for defendant Boulder Creek Homeowners Association*

**ORDER**

**IT IS SO ORDERED.**

DATED this  29  day of April, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT JUDGE

3

48562392;1